MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> QUIN NGOC RUDIN, <br><br> Defendant. | CASE NO. CR 13-00149 JST <br><br> UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

    The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, and David B. Countryman, Assistant United States Attorney, hereby files the following Bill of Particular for Forfeiture of Property.

    The indictment in the above-captioned case seeks forfeiture of property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States hereby gives notice that, in addition to property already listed in the forfeiture allegation, the United States is seeking forfeiture of the following additional property:

//

1. Real Property located at 2218 Mission Avenue, San Diego, California 92116
   APN number 445-151-006-00

DATED: October 30, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

DAVID B. COUNTRYMAN
Assistant United States Attorney

USA BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY
CR 13-00149 JST                                    2