1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  HALLIE MITCHELL HOFFMAN (CABN 210020)
   KYLE F. WALDINGER (ILBN 6238304)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7129/6830
       Facsimile: (415) 436-7234
8      E-mail: Hallie.Hoffman@usdoj.gov
               Kyle.Waldinger@usdoj.gov
9
   Attorneys for United States of America
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,              ) No. CR 13-0149 JST
                                          )
15         Plaintiff,                     ) **STIPULATION AND [PROPOSED] ORDER TO**
                                          ) **EXCLUDE TIME FROM NOVEMBER 22, 2013**
16     v.                                 ) **TO JANUARY 10, 2014**
                                          )
17 QUIN NGOC RUDIN,                       )
           a/k/a DEAN RUBIN,              )
18         a/k/a DAVID RUBIN,             )
                                          )
19         Defendant.                     )
                                          )
20

21     The defendant, Quin Ngoc Rudin, a/k/a Dean Rubin, a/k/a David Rudin, represented by Edward

22 Robinson, Esquire, and the government, represented by Kyle F. Waldinger, Assistant United States

23 Attorney, appeared before the Court on November 22, 2013.  At that appearance, the parties jointly

24 requested that the Court place this matter on its calendar for January 10, 2014, for entry of plea.

25     The parties requested this continuance because there are ongoing discussions about the

26 appropriate resolution of the matter and because the defense is continuing to review the voluminous

27 discovery that the government has provided (including discovery that was recently produced) and to

28 conduct necessary investigation.

STIP. AND [PROPOSED] ORDER
CR 13-0149 JST

For these reasons, the parties jointly stipulate and agree that time be excluded under the Speedy Trial Act between November 22, 2013 and January 10, 2014 based on defense counsel's need for effective preparation of the case.

SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: November 25, 2013

/s/
KYLE F. WALDINGER
Assistant United States Attorney


Dated: November 25, 2013

/s/
EDWARD ROBINSON
Attorney for Defendant

# [PROPOSED] ORDER

The parties jointly moved to continue this matter to January 10, 2014 at 9:30 a.m. for a change of plea hearing. Counsel requested the continuance because the parties are in ongoing discussions about the appropriate resolution of the case and the defense counsel needs additional time to review the voluminous discovery and to conduct necessary investigation.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between November 22, 2013 and January 10, 2014 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between November 22, 2013 and January 10, 2014 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between

STIP. AND [PROPOSED] ORDER
CR 13-0149 JST                                               2

1  November 22, 2013 and January 10, 2014 shall be excluded from computation under the Speedy Trial
2  Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

4  Dated: November 26, 2013

_____
HON. JON S. TIGAR
United States District Judge