**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

FEB 04 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 1 hour, 2 minutes |
| Date: | February 4, 2014 | | |
| Case No.: | **3:13-cr-00149-JST** | | |

**United States of America**  v.  **Quin Ngoc Rudin**

　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　☑ Present
　　　　　　　　　　　　☐ Not Present
　　　　　　　　　　　　☑ In Custody

Kyle Waldinger                                      Edward Robinson
U.S. Attorney                                       Defense Counsel

Deputy Clerk: William Noble                         Reporter: Lydia Zinn

*PROCEEDINGS*

REASON FOR HEARING:    Change of plea

RESULT OF HEARING:

Parties made verbal request for the Change of Plea be filed under seal. The Court will lodge the change of plea document until February 7, 2014. The parties shall file their application to file under seal by end of the business day on February 7, 2014.

Change of Plea held. The plea agreement is lodged in court. The defendant is sworn. The court finds the defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The court finds a factual basis for the plea. The defendant enters a plea of guilty as to counts one through three of the indictment. The plea is accepted. The defendant is adjudged guilty of the offense.

Further status conference set for June 27, 2014 at 9:30 a.m. in San Francisco.

1